IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01258-BNB

RANDY K. GOMETZ,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,
THE FEDERAL BUREAU OF PRISONS,
HARRELL WATTS,
MICHAEL K. NALLEY,
RON WILEY,
JOHN T. SHARTLE,
MARK A. MUNSON,
MAUREEN S. CRUZ,
H. CHURCH,
M. COLLINS,
T. GOMEZ,
T. SUDLOW,
FENLON,
HAGOOD,
CLARK,
G. KNOX,
MANLEY,
A. OSAGIE,
M. SCHAPPAUGH,
DALGLISH,
S. NAFZIGER,
UNKNOWN PHYSICIAN'S ASSISTANT,
UNKNOWN MAILROOM OFFICER, and
CINK,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 03 2008

GREGORY C. LANGHAM
                         CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion to File All Future Motions and Pleadings With the Assistant U.S. Attorney's Office Rather than With Individual Copies to All 24 Defendants" filed on July 2, 2008, is DENIED. Defendants have not been served in this action yet and no

attorney has entered an appearance on behalf of any Defendant.

Dated: July 3, 2008

Copies of this Minute Order mailed on July 3, 2008, to the following:

Randy K. Gometz
Reg. No. 35556-118
Florence ADX
PO Box 8500
Florence, CO 81226

_____
Secretary/Deputy Clerk