IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01258-BNB

RANDY K. GOMETZ,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
FEDERAL BUREAU OF PRISONS,
HARRELL WATTS,
MICHAEL K. NALLEY,
RON WILEY,
JOHN T. SHARTLE,
MARK A. MUNSON,
MAUREEN S. CRUZ,
H. CHURCH,
M. COLLINS,
T. GOMEZ,
T. SUDLOW,
FENLON,
HAGOOD,
CLARK,
G. KNOX,
MANLEY,
A. OSAGIE,
M. SCHAPPAUGH,
DALGLISH,
S. NAFZIGER,
UNKNOWN PHYSICIAN'S ASSISTANT,
UNKNOWN MAIL ROOM OFFICER, and
CINK,

    Defendants.



## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Plaintiff's "Motion Regarding Copies" filed on October 10, 2008, is DENIED.

Dated: October 14, 2008

Copies of this Minute Order mailed on October 14, 2008, to the following:

Randy Gometz
Reg. No. 35556-118
ADX - Florence
PO Box 8500
Florence, CO 81226

_____
Secretary/Deputy Clerk