IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01258-BNB

RANDY K. GOMETZ,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
FEDERAL BUREAU OF PRISONS,
HARRELL WATTS,
MICHAEL K. NALLEY,
RON WILEY,
JOHN T. SHARTLE,
MARK A. MUNSON,
MAUREEN S. CRUZ,
H. CHURCH,
M. COLLINS,
T. GOMEZ,
T. SUDLOW,
FENLON,
HAGOOD,
CLARK,
G. KNOX,
MANLEY,
A. OSAGIE,
M. SCHAPPAUGH,
DALGLISH,
S. NAFZIGER,
UNKNOWN PHYSICIAN'S ASSISTANT,
UNKNOWN MAIL ROOM OFFICER, and
CINK,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 0 5 2008

GREGORY C. LANGHAM
                  CLERK

---

## ORDER OF DISMISSAL

---

Plaintiff Randy K. Gometz initiated this action by filing *pro se* a Prisoner Complaint alleging that his rights under the United States Constitution and other federal

laws have been violated. On June 27, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Gometz to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. On August 14, 2008, Mr. Gometz filed an amended Prisoner Complaint. On August 25, 2008, Magistrate Judge Boland ordered Mr. Gometz to file a second amended complaint because the amended complaint still did not comply with the pleading requirements of Rule 8. Mr. Gometz was warned that the action would be dismissed without further notice if he failed to file a second amended complaint within thirty days. On September 22, 2008, Magistrate Judge Boland entered a minute order granting Mr. Gometz an extension of time until October 24, 2008, to file his second amended complaint.

Mr. Gometz has failed within the time allowed to file a second amended complaint in this action as directed. Therefore, the action will be dismissed without prejudice for failure to file a second amended complaint as directed. Accordingly, it is

ORDERED that the complaint, the amended complaint, and the action are dismissed without prejudice for failure to file a second amended complaint as directed.

DATED at Denver, Colorado, this 4 day of Nov. , 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01258-BNB

Randy K. Gometz
Reg. No. 35556-118
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/5/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk